IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GEANA M. WATERS, )
) CIVIL ACTION NO.: CV509-030
Plaintiff, )
)
v. )
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff states that "[i]f there is good cause to discount [a physician's] opinion, then it should be discounted in its entirety as opposed to only crediting the parts of it that would dictate a finding that the claimant was not disabled." (Doc. No. 23, p. 1). Plaintiff cites no authority for this proposition, perhaps because the law in this circuit supports a conclusion contradicting her position. See Jones v. Department of Health and Human Services, 941 F.2d 1529, 1533 (11th Cir. 1991) (holding that the ALJ properly discounted the portion of a treating physician's opinion that the plaintiff was disabled when that opinion was inconsistent with that physician's physical capacities evaluation finding that the plaintiff was able to perform sedentary work).

Plaintiff's Objections are without merit and are **OVERRULLED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk is directed to enter the appropriate judgment.

**SO ORDERED**, this 21 day of May, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA